# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent.<br>_____/ | 1:08-cv-00450 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS SUCCESSIVE<br><br>[Doc. 8] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On April 15, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, as successive. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Findings and Recommendation issued April 15, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice; and,

3. The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**   May 30, 2008                             /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE